IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Richard P. Matsch

Civil Action No. 08-cv-01351-RPM

ALLSTATE INSURANCE COMPANY, an Illinois Corporation
as Subrogee of George Bunton,

    Plaintiff,

v.

CUNO, INC., a Delaware Corporation,

    Defendants.

___

## ORDER OF RECUSAL
___

    Because my wife holds stock in in 3M Company, the parent entity of Defendant Cuno, Inc., there is a disqualification under 28 U.S.C. § 455(b)(4), and it is therefore

    ORDERED that the Clerk of Court shall reassign this civil action.

    DATED: July 1, 2008

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Chief Judge