IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01351-WYD

ALLSTATE INSURANCE COMPANY, an Illinois Corporation,
as Subrogee of George Bunton,

    Plaintiff,

v.

CUNO, INC., a Delaware Corporation,

    Defendants.

## ORDER OF RECUSAL

    This matter is before me on a review of the file. My daughter is an associate at the law firm of Faegre & Benson LLP, counsel for Defendant Cuno, Inc. For this reason, I believe that it would be inappropriate for me to preside over this case. Accordingly, I should recuse myself. It is therefore

    ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

    Dated: August 5, 2008

                                          BY THE COURT:

                                          s/ Wiley Y. Daniel
                                          Wiley Y. Daniel
                                          U. S. District Judge