IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01351-CMA-BNB

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

Plaintiff,

v.

CUNO, INC., a Delaware corporation,

Defendant.

_____

**MINUTE ORDER**
_____

Minute Order Entered by Magistrate Judge Boyd N. Boland

      This matter is before the Court on the **Joint Motion to Modify Scheduling Order** [docket no. 27, filed January 12, 2009] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

      Expert Witness Disclosures:
            The parties shall designate all experts and provide opposing
            counsel with all information specified in Fed. R. Civ. P. 26(a)(2)
            on or before **March 17, 2009**;

            The parties shall designate all rebuttal experts and provide
            opposing counsel with all information specified in Fed. R. Civ. P.
            26(a)(2) on or before **April 17, 2009**;

| | |
|---|---|
| Discovery Cut-Off: | **May 15, 2009**; |
| Dispositive Motion Deadline: | **June 12, 2009**. |

      IT IS ORDERED that the Pretrial Conference set for July 9, 2009, is **vacated and reset to August 17, 2009, at 9:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294. The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.L.1.b., is due on or before **August 10, 2009**. Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR

83.2B.


DATED: October 2, 2008