IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01351-CMA-BNB

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

Plaintiff,

v.

CUNO, INC., a Delaware corporation,

Defendant.

_____

**MINUTE ORDER**
_____

Minute Order Entered by Magistrate Judge Boyd N. Boland

      This matter is before the Court on the **Unopposed Motion to Modify Scheduling Order** [docket no. 31, filed February 6, 2009] (the "Motion").

      IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

> The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 17, 2009**;
>
> The defendant shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 31, 2009**;
>
> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 17, 2009**;

DATED:  February 9, 2009