IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01351-CMA-BNB

ALLSTATE INSURANCE COMPANY, an Illinois corporation,

Plaintiff,

v.

CUNO, INC., a Delaware corporation,

Defendant.

_____

**MINUTE ORDER**
_____

Minute Order Entered by Magistrate Judge Boyd N. Boland

     This matter is before the Court on the **Plaintiff's Unopposed Motion to Modify Scheduling Order** [docket no. 34, filed March 13, 2009] (the "Motion").

     IT IS ORDERED that the Motion is GRANTED and the Scheduling Order is amended as follows:

> The plaintiff shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **April 17, 2009**;
>
> The defendant shall designate all experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 1, 2009**;
>
> The parties shall designate all rebuttal experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **May 15, 2009**;

| | |
|---|---|
| Discovery Cut-off: | **June 3, 2009**; |
| Dispositive Motion Deadline: | **June 24, 2009**. |

DATED: March 16, 2009