**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 08-cv-01351-CMA-BNB

ALLSTATE INSURANCE COMPANY, an Illinois corporation,
as Subrogee of George Bunton,

    Plaintiff,

v.

CUNO, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Stipulation for Dismissal of Entire Action With Prejudice (Doc. # 37). The Court having reviewed the file and being fully advised in the premises, hereby

ORDERS that this action be DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

DATED:  April   15  , 2009

                                          BY THE COURT:

                                          _____
                                          CHRISTINE M. ARGUELLO
                                          United States District Judge